[No. 29398-6-II.  Division Two.  October 21, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. ERIC MAURICE PATRICK, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 01-1-03334-6, John A. McCarthy, J., entered September 27, 2002. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Quinn-Brintnall, A.C.J., and Armstrong, J.

[No. 29497-4-II.  Division Two.  October 21, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. MARVIN EARL FITZGERALD, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 02-1-00985-7, M. Karlynn Haberly, J., entered October 18, 2002. *Affirmed* by unpublished opinion per Hunt, C.J., concurred in by Seinfeld and Houghton, JJ.

[No. 29557-1-II.  Division Two.  October 21, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. KENNETH LEE JACAWAY, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 02-1-00479-7, H. John Hall, J., entered October 29, 2002. *Affirmed* by unpublished opinion per Quinn-Brintnall, A.C.J., concurred in by Houghton and Armstrong, JJ.